**Opinion issued September 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00697-CR

———————————

**MARON THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Case No. 2010R-0010**

---

## MEMORANDUM OPINION

Appellant, Maron Thomas, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Do not publish.  TEX. R. APP. P. 47.2(b).